UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

FULL SERVICE SYSTEMS CORPORATION                           PLAINTIFF

VS.                                            CIVIL ACTION NO. 1:06CV-00567-LG-JMR

HOSPITALITY STAFFING SOLUTIONS, LLC, ET AL.                DEFENDANTS

### AGREED ORDER OF DISMISSAL

This matter came before the Court on agreed motion of the Plaintiff, Full Service Systems Corporation and the Defendants, Hospitality Staffing Solutions, LLC, International Hotel Services Corporation, and IHS Staffing Service, LLC., to dismiss without prejudice all claims (including any and all counterclaims and motions) against all parties. The Court, having considered the motion and agreement of parties, finds that the motion should be granted.

IT IS, THEREFORE, ORDERED that all claims in this action (including counter-claims and motions) against all parties are dismissed without prejudice. Each party will bear its own costs.

SO ORDERED AND ADJUDGED, this the 16th day of August, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
U.S. DISTRICT JUDGE

GO.59395.1

Prepared & submitted by:


  /s/ James Wyly_____
Attorneys for Plaintiff

James G. Wyly, III (MS Bar No.: 7415)
Kyle S. Moran (MS Bar No.: 10724)
PHELPS DUNBAR LLP
NorthCourt One, Suite 300
2304 19th Street
Gulfport, Mississippi 39501
Telephone: (228) 679-1130
Telecopier: (228) 679-1131

Agreed to:

   /s/ Steve Hardy_____
Attorneys for Defendants

Steven Hardy (*Pro Hac Vice* Bar No. 44686)
Friend, Hudak & Harrison, LLP
Three Ravinia Drive, Suite 1450
Atlanta, Georgia 30346
Telephone: (770) 399-9500
Telecopier: (770 399-9500

R. Douglas Vaughn
Allen, Cobb, Hood & Atkinson, P.A.
Post Office Drawer 4108
Gulfport, Mississippi 39502
Telephone: (228) 864-4011
Telecopier: (228) 846-4852

GO.59395.1